3

208 So.2d 322

**James DUNCAN**

v.

**CARLO DITTA, INC., and The Employers Liability Assurance Corporation, Ltd.**

No. 49133.

March 25, 1968.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.